# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. OSOLINSKI, | Case No. 1:15-cv-00901-SKO (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. 2) |
| STEVE ABRAMS, et al., | |
| Defendants. | |

Plaintiff David N. Osolinski, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on June 15, 2015. Plaintiff seeks leave to proceed in forma pauperis. Good cause having been shown, Plaintiff's motion to proceed in forma pauperis is HEREBY GRANTED, *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000), and Plaintiff's complaint will be screened in due course, 28 U.S.C. § 1915(e)(2)(B)(ii).

IT IS SO ORDERED.

Dated:   **June 16, 2015**         **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE